# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                    Plaintiff,

vs.

GARRETT CARL TUGGLE (1),

                                    Defendant.

Case No. 22-CR-2797-CAB

JUDGMENT OF DISMISSAL

**FILED**

MAR 2 9 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1); 21:853, 18:924(d), 28:2461(c) - Possession with Intent to Distribute Methamphetamine; Criminal Forfeiture; 18:922(g)(1) - Possession of Ammunition; 21:841, 846; 21:853, 18:924(d), 28:2461(c) - Conspiracy to Distribute Suboxone; Criminal Forfeiture; 18:1791(a)(1), (d)(1)(B); 18:2 - Attempted to Provide a Prohibited Object to a Federal Prisoner; Aiding and Abetting; 21:841(a)(1), (b)(1)(C); 21:853, 18:924(d), 28:2461(c) - Distribution of Fentanyl Resulting in Serious Bodily Injury; Criminal Forfeiture

Dated:  3/29/2024

_____
Hon. Cathy Ann Bencivengo
United States District Judge